EQUIL, LTD., Appellant, v E & E CONTRACTORS, INC., et al., Respondents. [669 NYS2d 116] —Order unanimously affirmed

with costs for reasons stated in decision at Supreme Court, Mordue, J. (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.